# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JORGE RAMIREZ-ESPINOZA, <br><br> Defendant. | Case No.: 16CR2470-W <br><br> ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: __12/14/16__, 2016.

HONORABLE THOMAS J. WHELAN
United States District Judge